

April 9, 2026

<u>**VIA ECF**</u>
The Honorable Jennifer L. Rochon
United States District Judge
500 Pearl Street
New York, NY 10007

*Re: Physicians for Human Rights v. U.S. Dep't of State*, 26-cv-1162 (JLR)

Dear Judge Rochon:

Pursuant to this Court's Notice of Initial Pretrial Conference, ECF No. 7, undersigned counsel for Plaintiffs file proof that on April 3, 2026, Plaintiffs' counsel served upon counsel for Defendant U.S. Department of State a copy of the Court's order and the Court's Individual Rules and Practices.

Plaintiffs' counsel has alerted opposing counsel that the Parties must file on ECF a joint letter with a proposed Civil Case Management Plan and Scheduling Order attached as an exhibit no later than ten calendar days before the initial pretrial conference scheduled for May 11, 2026. Plaintiffs' counsel will continue to confer with opposing counsel to comply with the Court's instructions.

Respectfully submitted,

/s/ *Daniel A. McGrath*
Daniel A. McGrath
(S.D.N.Y. Bar No. 5541198)
Amy C. Vickery
(S.D.N.Y Bar No. 5942271)
Robin F. Thurston
(D.C. Bar No. 7268942)*
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
dmcgrath@democracyforward.org
avickery@democracyforward.org
rthurston@democracyforward.org

*Counsel for Plaintiffs*

**S.D.N.Y. pro hac vice forthcoming*



**Amy Vickery <avickery@democracyforward.org>**

## PHR v. State 26-1162

1 message

**dmcgrath@democracyforward.org** <dmcgrath@democracyforward.org>    Fri, Apr 3, 2026 at 10:38 AM
To: dominika.tarczynska@usdoj.gov
Cc: Amy Vickery <avickery@democracyforward.org>

Dominika,

I hope this message finds you well. I and my cc'ed colleague Amy are counsel for Physicians for Human Rights and Council for Global Equality in case no. 26-1162.

We're emailing to request an update on State's processing and plans for producing the records requested in this matter. Our reading of the Judge Rochon's attached order is that we are required to file a joint letter and case management plan (template included with her individual practices: https://nysd.uscourts.gov/hon-jennifer-l-rochon) by May 1st.

Before then, we'd like to reach agreement, if possible, on a schedule for State's production of the requested data and other records. We are happy to confer.

Best,

Dan

--



| | |
|---|---|
| **Daniel McGrath** | |
| **Senior Oversight Counsel** | **Cell:** (202) 812-7824 |
| **Democracy Forward** | **Email:** dmcgrath@democracyforward.org |
| | **Website:** democracyforward.org |

*NOTICE: This communication and any attachments may contain privileged or other confidential information and is intended only for use by the individual or entity named above. If you have received this communication in error, please immediately advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents.*



 **Scheduling order.pdf**
238K