DEMOCRACY FORWARD

The parties' summary judgment briefing schedule is GRANTED. Defendant's motion for summary judgment shall be due by **October 16, 2026**. Plaintiff's cross-motion for summary judgment and opposition shall be due by **November 16, 2026**. Defendant's opposition and reply shall be due by **December 10, 2026**. Plaintiff's reply shall be due by **December 22, 2026**.

Dated: August 31, 2026
New York, New York

**SO ORDERED.** August 28, 2026

Jennifer Rochon
**JENNIFER L. ROCHON**
**United States District Judge**

VIA ECF
Hon. Jennifer L. Rochon
United States District Judge
500 Pearl Street
New York, New York 10007

**Re:** ***Physicians for Human Rights v. U.S. Dep't of State, 26-cv-1162 (JLR)***

Dear Judge Rochon:

Undersigned counsel for Plaintiffs Physicians for Human Rights and Council for Global Equality ("Plaintiffs") submits this joint status letter in coordination with the United States Department of State ("State" or the "Government") in accordance with the Court's August 10, 2026, Order. ECF No. 25. The above-referenced Freedom of Information Act ("FOIA") action concerns two FOIA requests submitted to State on December 22, 2025, that seek data sets and planning documents related to the President's Emergency Plan for AIDS Relief ("PEPFAR") program.

As described in the Parties' last status letter, dated August 7, 2026, *see* ECF No. 24, State produced 33 non-exempt records responsive to the Bridge Plan Budget request on June 10, 2026. On June 24, 2026, State issued a response to Plaintiff's data request indicating that FY25 Monitoring, Evaluation, and Reporting (MER) data for Quarter 4 are publicly available online and no additional records were located. Plaintiffs then requested that State reconsider its redaction of approved funding totals in the produced Bridge Plans and asked State to run supplemental searches in connection with their data request.

On August 24, 2026, State produced versions of the Bridge Plans with the budget items (both line-items and totals) unredacted. The Bridge Plan request has now been fulfilled to Plaintiffs' satisfaction and summary judgment briefing is not necessary on this matter.

On August 26, 2026, State informed Plaintiffs that it does not intend to reconsider its withholdings pursuant to FOIA Exemption 5 (deliberative process privilege) from 11 records responsive to Plaintiffs' data sets request, namely the FY25 Q1-Q3 MER data. The Parties therefore agree that summary judgment briefing is necessary to resolve this request and respectfully jointly propose the following schedule for resolution of this matter:

- Defendant's Motion for Summary Judgment: by October 16, 2026;
- Plaintiff's Cross-Motion for Summary Judgment & Opposition: by November 16, 2026
- Defendant's Opposition & Reply: by December 10, 2026
- Plaintiff's Reply: by December 22, 2026

We thank the Court for its consideration of this letter.

Respectfully submitted,

/s/ *Amy C. Vickery*

Amy C. Vickery
(S.D.N.Y Bar No. 5942271)
Daniel A. McGrath
(S.D.N.Y. Bar No. 5541198)
Robin F. Thurston
(D.C. Bar No. 7268942)*
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
dmcgrath@democracyforward.org
avickery@democracyforward.org
rthurston@democracyforward.org

*Counsel for Plaintiffs*

**Admitted pro hac vice*

cc: Counsel of record (via ECF)